UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 02-rj-00016-BNB

SALLIE MAE SERVICING CORPORATION,

    Plaintiff,

v.

JONATHON K. DOCK,

    Defendant,

and

ROCKY MOUNTAIN FILM LABORATORY,

    Garnishee.

## GARNISHEE ORDER

On motion of the plaintiff, and good cause appearing, IT IS HEREBY ORDERED that Garnishee ROCKY MOUNTAIN FILM LABORATORY. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

BY THE COURT:

Dated: 11/7/06

*[signature]*
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
**United States Magistrate Judge**