IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-rj-00016-BNB

SALLIE MAE SERVICING CORPORATION,

       Plaintiff,

v.

JONATHON K. DOCK,

       Defendant.

## ORDER GRANTING MOTION TO AMEND CAPTION

On motion of the United States of America, and good cause appearing, it is hereby ordered that the caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of Sallie Mae Servicing Corporation.

DATED June 11, 2007, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge