IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-rj-00016-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHON K. DOCK,

    Defendant,

and

ROCKY MT. FILM LABORATORY,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter is before me on the **Motion to Dismiss Writ of Garnishment** [Doc. # 11, filed 6/22/2007].

IT IS ORDERED that the Motion to Dismiss Writ of Garnishment is GRANTED.

DATED June 25, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge